PHILLIP A. TALBERT
Acting United States Attorney
SAM STEFANKI
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:21-CR-00153-TLN |
|---|---|
| Plaintiff, | **STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER** |
| v. | |
| SALVADOR ANGUIANO-SOTO, | DATE: October 21, 2021 |
| Defendant. | TIME: 9:30 a.m. |
| | COURT: Hon. Troy L. Nunley |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant Salvador Anguiano-Soto, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on October 21, 2021.

2. By this stipulation, the defendant now moves to continue the status conference until **December 2, 2021, at 9:30 a.m**., and to exclude time between October 21, 2021, and December 2, 2021, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government has produced discovery associated with this case which includes over 500 pages of documents as well as audio files.

   b) Counsel for the defendant desires additional time to consult with her client,

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

review the current charges, conduct investigation and research related to the charges, review discovery, and discuss potential resolutions with her client.

        c)        Counsel for the defendant believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

        d)        The government does not object to the continuance.

        e)        Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

        f)        For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of October 21, 2021 to December 2, 2021, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.        Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  October 13, 2021                           PHILLIP A. TALBERT
                                                Acting United States Attorney

                                                /s/ SAM STEFANKI
                                                SAM STEFANKI
                                                Assistant United States Attorney

| | |
|---|---|
| Dated: October 13, 2021 | /s/ LINDA ALLISON |
| | LINDA ALLISON |
| | Counsel for Defendant |
| | SALVADOR ANGUIANO-SOTO |

## FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED.

**Dated**: October 13, 2021

_____
Troy L. Nunley
United States District Judge