PHILLIP A. TALBERT
United States Attorney
SAM STEFANKI
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SALVADOR ANGUIANO-SOTO,<br><br>Defendant. | CASE NO. 2:21-CR-00153-TLN<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER<br><br>DATE: February 10, 2022<br>TIME: 9:30 a.m.<br>COURT: Hon. Troy L. Nunley |

**STIPULATION**

Plaintiff United States of America (the "government"), by and through its counsel of record, and defendant Salvador Anguiano-Soto, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on February 10, 2022.

2. By this stipulation, the defendant now moves to continue the status conference until May 5, 2022, at 9:30 a.m., and to exclude time between February 10, 2022, and May 5, 2022, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

    a) The defendant is detained pending trial at the Sacramento County Main Jail, and desires to substitute his counsel. However, obtaining the defendant's actual signature on required attorney-substitution paperwork is time-consuming given the public health measures in place at the jail to combat the COVID-19 pandemic.

    b) The defendant's counsel of choice recently sent the above-mentioned paperwork

to the defendant for his signature, but does not anticipate receiving it back from the defendant prior to the status conference previously scheduled for February 10, 2022.  Accordingly, the defendant's present counsel desires additional time to allow for the completion of required attorney-substitution paperwork.

   c) Counsel for the defendant believes that failure to grant the above-requested continuance would unreasonably deny the defendant continuity of counsel.

   d) The government has also produced discovery associated with this case which includes over 500 pages of documents as well as audio files.  While she remains assigned to this case, counsel for the defendant desires additional time to review this discovery, analyze potential defenses, review the plea agreement offer previously sent to the defendant by the government, and otherwise prepare the defendant's case for trial.

   e) Counsel for the defendant believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

   f) The government does not object to the continuance.

   g) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

   h) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of February 10, 2022, to May 5, 2022, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at the defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///

///

///

///

///

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: February 2, 2022                    PHILLIP A. TALBERT
                                           United States Attorney


                                           /s/ SAM STEFANKI
                                           SAM STEFANKI
                                           Assistant United States Attorney


Dated: February 2, 2022                    /s/ LINDA ALLISON
                                           LINDA ALLISON
                                           Counsel for Defendant
                                           SALVADOR ANGUIANO-SOTO


**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 2nd day of February, 2022.

                                           Troy L. Nunley
                                           United States District Judge