PHILLIP A. TALBERT
United States Attorney
SAM STEFANKI
ELLIOT WONG
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                                    Plaintiff,<br><br>        v.<br><br>SALVADOR ANGUIANO-SOTO,<br><br>                                    Defendant. | CASE NO. 2:21-CR-00153-TLN<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER<br><br>DATE: May 5, 2022<br>TIME: 9:30 a.m.<br>COURT: Hon. Troy L. Nunley |

**STIPULATION**

Plaintiff United States of America (the "government"), by and through its counsel of record, and defendant Salvador Anguiano-Soto, by and through his counsel of record, hereby stipulate as follows:

1.     By previous order, this matter was set for status on May 5, 2022.

2.     By this stipulation, the defendant now moves to continue the status conference until July 14, 2022, at 9:30 a.m., and to exclude time between May 5, 2022, and July 14, 2022, under Local Code T4.

3.     The parties agree and stipulate, and request that the Court find the following:

   a)     Counsel for the defendant is engaged in a trial in state court that is expected to last through at least the end of May, and in which her client faces the prospect of multiple life sentences if convicted. Accordingly, counsel for the defendant is unavailable for the status conference previously scheduled for May 5, 2022.

1  ///

2         b)      Counsel for the defendant believes that failure to grant the above-requested
3 continuance would unreasonably deny her client continuity of counsel.

4         c)      The government has produced discovery associated with this case which includes
5 over 500 pages of documents as well as audio files.  Counsel for the defendant desires additional
6 time to review and analyze this discovery, discuss proposed resolutions with her client, explore
7 potential defenses, and otherwise prepare for trial.

8         d)      Counsel for the defendant believes that failure to grant the above-requested
9 continuance would deny her the reasonable time necessary for effective preparation, taking into
10 account the exercise of due diligence.

11         e)      The government does not object to the continuance.

12         f)      Based on the above-stated findings, the ends of justice served by continuing the
13 case as requested outweigh the interest of the public and the defendant in a trial within the
14 original date prescribed by the Speedy Trial Act.

15         g)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,
16 et seq., within which trial must commence, the time period of May 5, 2022, to July 14, 2022,
17 inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4]
18 because it results from a continuance granted by the Court at the defendant's request on the basis
19 of the Court's finding that the ends of justice served by taking such action outweigh the best
20 interest of the public and the defendant in a speedy trial.

21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

///

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  April 30, 2022        PHILLIP A. TALBERT
                              United States Attorney

                              /s/ SAM STEFANKI
                              SAM STEFANKI
                              Assistant United States Attorney

Dated:  April 30, 2022        /s/ CHRISTINA DiEDOARDO
                              CHRISTINA DiEDOARDO
                              Counsel for Defendant
                              SALVADOR ANGUIANO-SOTO

**ORDER**

IT IS SO FOUND AND ORDERED this 2nd day of May, 2022.

Troy L. Nunley
United States District Judge