PHILLIP A. TALBERT
United States Attorney
ELLIOT WONG
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>v.<br><br>SALVADOR ANGUIANO-SOTO,<br><br>                Defendant. | CASE NO.  2:21-CR-00153-TLN<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER<br><br>DATE: June 14, 2022<br>TIME: 9:30 a.m.<br>COURT: Hon. Troy L. Nunley |

## STIPULATION

Plaintiff United States of America (the "government"), by and through its counsel of record, and defendant Salvador Anguiano-Soto, by and through his counsel of record, hereby stipulate as follows:

1.      By previous order, this matter was set for fast-track change of plea/sentencing hearing on June 14, 2022.

2.      By this stipulation, the defendant now moves to continue the hearing until September 22, 2022, and to exclude time between June 14, 2022, and September 22, 2022, under Local Code T4.

3.      The parties agree and stipulate, and request that the Court find the following:

a)      Counsel for the defendant needs additional time to meet with the defendant to review in his native language and sign the plea agreement.

b)      Counsel for the defendant believes that failure to grant the above-requested continuance would unreasonably deny her client continuity of counsel.

c)      The government has produced discovery associated with this case which includes

over 500 pages of documents as well as audio files.  Counsel for the defendant desires additional time to review and analyze this discovery, discuss proposed resolutions with her client, explore potential defenses, and otherwise prepare for trial.

d)      Counsel for the defendant believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

e)      The government does not object to the continuance.

f)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

g)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of June 14, 2022, to September 22, 2022, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at the defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///

///

///

///

///

///

///

///

///

///

///

///

4.     Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.


Dated:  July 12, 2022                                    PHILLIP A. TALBERT
                                                        United States Attorney


                                                        /s/ ELLIOT C. WONG
                                                        ELLIOT C. WONG
                                                        Assistant United States Attorney


Dated:  July 12, 2022                                    /s/ CHRISTINA DiEDOARDO
                                                        CHRISTINA DiEDOARDO
                                                        Counsel for Defendant
                                                        SALVADOR ANGUIANO-SOTO


## ORDER

IT IS SO FOUND AND ORDERED this 12th day of July, 2022.


                                                        Troy L. Nunley
                                                        United States District Judge