Christina A. DiEdoardo (SBN 258714)
**The Matian Firm, APC**
111 N. Market Street, Suite 888
San Jose, California 95113
Tel (408) 516-1208
Fax (408) 516-1209
christina@matianlegal.com
Attorney for Defendant SALVADOR ANGUIANO-SOTO

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>v.<br><br>SALVADOR ANGUIANO-SOTO,<br><br>             Defendant. | CASE NO. 2:21-CR-00153-TLN<br><br>STIPULATION AND ORDER CONTINUING HEARING UNTIL JANUARY 12, 2023, AT 9:30<br><br>COURT: Hon. Troy L. Nunley |

**STIPULATION**

The parties, through their counsel of record, stipulate as follows:

A status hearing/possible change of plea is presently set in this case for **November 10, 2022, at 9:30 am.  *Unfortunately, defense counsel Ms. Christina DiEdoardo, Esq., was diagnosed with symptomatic COVID-19 on November 1, 2022 and is in isolation through November 11, 2022 in compliance with CDC guidelines*.**  Because of Ms. DiEdoardo's illness and medical isolation, her appointment to see Mr. Anguiano-Soto in custody with the interpreter to obtain his signature on the plea agreement, which had also been set for this week, also needed to be rescheduled.  That appointment had been set for this week because Ms. DiEdoardo was previously in trial in Eureka, Calif., on an attempted murder case(People v. Isreal Soria)  from October 11, 2022 through October 31, 2022, when the jury returned their verdict in People v. Soria.

For the foregoing reasons, the parties wish to continue the status/possible change of plea hearing to **January 12, 2023, at 9:30 am** before the Hon. TROY L. NUNLEY, United States District Judge. The additional time will also allow the defense to adequately prepare the defendant for resolution of his case.

Therefore, the parties hereby stipulate and agree:

1. The time between November 10, 2022 and January 12, 2023, should be excluded under the Speedy Trial Act because failure to grant the requested continuance would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. See 18 U.S.C. § 3161(h)(7)(B)(iv). The ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial and in the prompt disposition of criminal cases. See id. §3161(h)(7)(A).

IT IS SO STIPULATED.

DATE: November 8, 2022         /s/ Christina DiEdoardo
                               CHRISTINA DiEDOARDO
                               Attorney for Defendant SALVADOR
                               ANGUIANO-SOTO

DATE: November 8, 2022         /s/Elliot Wong
                               ELLIOT WONG
                               Assistant United States Attorney

## ORDER

IT IS HEREBY ORDERED that the status conference/possible change of plea currently scheduled for November 10, 2022, at 9:30 am is continued to January 12, 2023, at 9:30 am.

Additionally, based upon the representation of counsel and for good cause shown, the Court finds that failing to exclude the time between November 10, 2022 and January 12, 2023, would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv).

The Court further finds that the ends of justice served by excluding the time between November 10, 2022 and January 12, 2023 , from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.

Therefore, IT IS HEREBY ORDERED that the time between November 10, 2022, and January 12, 2023, shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

DATED:  November 8, 2022

Troy L. Nunley
United States District Judge